IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 98-cr-00267-WDM-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARMANDO GARCIA,

    Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court shall issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce said defendant, Armando Garcia, before the Honorable United States Magistrate Judge, on or before November 20, 2008, in Denver, Colorado, forthwith, for further proceedings and appearances in United States District Court upon the charge aforesaid, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, thereafter to return the defendant to the institution wherein now confined.

SO ORDERED this 27th day of October, 2008.

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO